UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

## MEMORANDUM

JS 6

| Case No. | CV 12-3012 DSF (CWx) | Date | 4/12/12 |
|---|---|---|---|
| Title | Bank of America, National Association v. Donapid Sarkisian, et al. | | |

| Present: The Honorable | DALE S. FISCHER, United States District Judge |
|---|---|

| Debra Plato | Not Present |
|---|---|
| Deputy Clerk | Court Reporter |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
| Not Present | Not Present |

**Proceedings:** (In Chambers) Order REMANDING Case to Superior Court of California, County of Los Angeles

    Defendants removed this action on April 6, 2012, based on federal question jurisdiction. The state court complaint does not state any federal causes of action. In the Notice of Removal, Defendants refer to a number of alleged violations of federal law and to a federal lawsuit that they plan to file. But federal jurisdiction is based on the plaintiff's complaint and not on any federal counterclaims or defenses that a defendant might assert. See Holmes Group, Inc. v. Vornado Air Circulation Sys., Inc., 535 U.S. 826, 830-32 (2002). There is also no basis to remove an otherwise non-removable case from state court merely because it may be related to a case over which a federal court has jurisdiction.

    The case is REMANDED to the Superior Court of California, County of Los Angeles.

    IT IS SO ORDERED.